**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REBECA REYES,<br><br>                    Plaintiff,<br>     vs.<br><br>ATLAS ROOFING CORPORATION; and DOES 1-25,<br><br>                    Defendant. | Case No.: 3:21-cv-00340-LRH-CSD<br><br>**ORDER FOR EXTENSION OF TIME TO FILE DISMISSAL**<br><br>**(First Request)** |

   Defendant, Atlas Roofing Corporation ("Defendant") and Plaintiff Rebeca Reyes ("Plaintiff") by and through their respective counsels, hereby stipulate to extend the deadline to file a stipulation to dismiss in this case to May 31, 2022.  This request is done in good faith.  After the Early Neutral Evaluation that resulted in a settlement, Plaintiff had to go to Mexico to care for her mother.  She returned from Mexico on May 11, 2022.  The parties need more time to allow Plaintiff to review and execute the settlement agreement and for payment to be made.  Thus, the

. . .

. . .

. . .

. . .

. . .

. . .

. . .

- 1 -

Parties respectfully request that the deadline to file its Stipulation to Dismiss be continued to May 31, 2022.

IT IS SO STIPULATED.

DATED this 11th day of May, 2022.                    DATED this 11th day of May, 2022.

LAW OFFICE OF STEVEN P. BRAZELTON                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Steven P. Brazelton*                            */s/ Molly M. Rezac*
Steven P. Brazelton                                  Molly M. Rezac
Nevada Bar No. 5882                                  Nevada Bar No. 7435
Nathalie Huynh                                       200 S. Virginia Street, 8th Floor
Nevada Bar No. 5997                                  Reno, NV  89501
601 S. Arlington Avenue
Reno, NV  89509                                      *Attorneys for Defendant Atlas Roofing Corporation*

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: May 12, 2022

- 2 -